ACCEPTED
01-14-01018-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 5:07:46 PM
CHRISTOPHER PRINE
CLERK

# Martin, Disiere, Jefferson & Wisdom L.L.P.

**ATTORNEYS AT LAW**

808 Travis Street • 20th Floor • Houston, Texas 77002 • Phone: 713-632-1700 • Fax: 713-222-0101 • www.mdjwlaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 5:07:46 PM
CHRISTOPHER A. PRINE
Clerk

Robert B. Owen
Shareholder
Direct (832) 333-1627
e-mail: owen@mdjwlaw.com

June 23, 2015

Ms. Annie Rebecca Elliott                                                    *VIA E-FILE*
FORT BEND COUNTY DISTRICT CLERK
1422 Eugene Heimann Circle
Richmond, TX 77469

>   Re:   District Court Cause No. 14-DCV-218252; *Schlumberger Technology Corporation v. Ricky D. Parker and James Meyers*; in the 268th Judicial District Court of Fort Bend County, Texas.
>
>   Appellate Court Cause No. 01-14-01018-CV; *Parker v. Schlumberger Technology Corp.*, in the Court of Appeals for The First District Of Texas.

Dear Ms. Elliott:

**NOTE:  THIS IS AN ACCELERATED INTERLOCUTORY APPEAL**

Pursuant to Texas Rules of Appellate Procedure 34.5(a) and 34.5(b), Ricky D. Parker and James Meyers respectfully request that you prepare, certify, and file in the First Court of Appeals a supplemental clerk's record containing:

(1)   Defendants' Motion to Modify or Dissolve Temporary Injunction – filed May 6, 2015;

(2)   Plaintiff's Response to Motion to Modify or Dissolve Temporary Injunction – file May 14, 2015;

(3)   The Court's Amended Temporary Injunction – signed June 4, 2015

Please include all exhibits and attachments to the motion and response in the supplemental record.  Also, please advise us at your earliest convenience the cost of preparing the clerk's record and we will immediately forward payment.  Don't hesitate to contact me if you have any problems or questions with the above request.



Martin, Disiere, Jefferson & Wisdom
ATTORNEYS AT LAW

Sincerely,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By:   */s/ Robert T. Owen*
    Robert T. Owen
    State Bar No. 24060370
    *owen@mdjwlaw.com*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Kevin G. Cain
    State Bar No. 24012371
    *cain@mdjwlaw.com*
    W. Jackson Wisdom
    State Bar No. 21804025
    *wisdom@mdjwlaw.com*
    James M. Cleary
    State Bar No. 00783838
    *cleary@mdjwlaw.com*
808 Travis, Suite 20th Floor
Houston, Texas  77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**ATTORNEYS FOR DEFENDANTS
RICKY D. PARKER AND JAMES MYERS**

RTO:dsb



## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of Defendant Ricky D. Parker and James Myers' correspondence to Annie Rebecca Elliott requesting clerk's record was served under Rules 21 and 21a, Texas Rules of Civil Procedure, via facsimile on the 23rd day of June, 2015 upon the following counsel of record.

| | |
|---|---|
| Mr. Jeff Barnes<br>JACKSON LEWIS P.C.<br>1415 Louisiana, Suite 3325<br>Houston, Texas 77002 | ***via Email: barnesj@jacksonlewis.com*** |
| Mr. William L. Davis<br>JACKSON LEWIS P.C.<br>500 N. Akard, Suite 2500<br>Dallas, Texas 75201 | ***via Email: davisw@jacksonlewis.com*** |
| Honorable Christopher A. Prine<br>Clerk of the Court<br>First Court of Appeals of Texas<br>301 Fannin Street<br>Houston, Texas 77002-2066 | ***via E-filing*** |

*/s/ Robert T. Owen*
Robert T. Owen